U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

MAY 2 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-CR-00191 |
| | * | |
| VERSUS | * | JUDGE MINALDI |
| | * | |
| MICHELLE LEANN BERRY-ORTEMOND | * | MAGISTRATE JUDGE HANNA |

CONSENT TO PLEAD BEFORE
UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE AND
WAIVER OF OBJECTION TO REPORT AND RECOMMENDATION

The above-captioned United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties that might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead before a United States District Judge.

I hereby waive (give up) my right to enter my plea before a United States District Judge and consent to entering my plea before the United States Magistrate Judge, who will provide a report and recommendation to the District Judge.

I understand that the District Judge must accept and approve my guilty plea and the plea agreement and will adjudicate guilt. If approved, I understand that I will be sentenced by the United States District Judge.

I understand that pursuant to 28 U.S.C. § 636, the parties are entitled to a fourteen (14) day period within which to file written objections to the report and recommendation. I hereby waive (give up) the fourteen (14) day objection period so

that the District Judge may immediately adopt the report and recommendation, thereby accepting my guilty plea, and set a sentencing date.

_____
MICHELLE LEANN BERRY-ORTEMOND
Defendant

_____
DUSTIN TALBOT
Assistant Federal Public Defender
102 Versailles Blvd, Suite 816
Lafayette, LA 70501
Telephone: 337-262-6336

_____
HOWARD C. PARKER, KY BAR: 53660
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618

Before:  _____   MAY 25, 2016
         PATRICK J. HANNA
         United States Magistrate Judge